

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

April 19, 2021

**Via ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Conference adjourned to April 29, 2021 at 12:30 p.m.
> SO ORDERED
> /s/ John G. Koeltl
> April 19, 2021        John G. Koeltl
> New York, NY          U.S.D.J.

    **Re:   Yasmin Garcia v. New York City Department of Health and Mental Hygiene and Winston Resources, LLC**
          **Case No. 1:20-cv-08604 (JGK)**

Dear Judge Koeltl:

    We represent the Plaintiff in the above-referenced action. We submit this letter to ask that the pre-motion conference currently scheduled for April 27, 2021 be adjourned to a future date. The undersigned has a mediation scheduled for that same date, and will be unable to attend the conference. This is the first request for an adjournment, and all parties have consented to the request. In an effort to efficiently re-schedule the conference, the parties have consulted with each other on future dates when they are available. All parties are available for the conference on April 29 or May 17-21, 2021. Thank you for your consideration of this request.

    Additionally, we would like to note that we intend on filing a letter in response to Defendants' April 13 and April 15, 2021 pre-motion letters, and will do so shortly.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

By: \_\_\_\_\_/s/ Brittany Stevens\_\_\_
Brittany A. Stevens, Esq.
*Attorneys for Plaintiff*
**Phillips & Associates, PLLC**
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248-7431
F: (212) 901-2107
bstevens@tpglaws.com