UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASMIN GARCIA,

              Plaintiff,

  - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,

              Defendants.

20-cv-8604 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held on April 29, 2021, the plaintiff lacks Article III standing, and therefore, the case is dismissed without prejudice to the plaintiff's ability to bring another lawsuit and without prejudice to the ability of the defendants to raise any available defenses in any further lawsuit. The Clerk is directed to close all pending motions and to close this case.

    SO ORDERED.

Dated:    New York, New York
           April 29, 2021

                                    John G. Koeltl
                              United States District Judge