UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA TESE MILNER,

               Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, ET AL.,

               Defendants.

20-cv-8604 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 28, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           April 14, 2022

                                       John G. Koeltl
                            United States District Judge